## ALFORD *et al.* *v.* GIBSON.

HILL, J. Where a verdict and judgment for a stated sum of money is rendered against a party who sues out a bill of exceptions bringing the case here for review, he is not entitled to an injunction to prevent the enforcement of the judgment and the fi. fa. issued thereon until the decision of the case brought here to review the judgment first referred to,

---

Appeal and Error 3 C. J, p. 1270, n. 42 New.

where no supersedeas was obtained in the first instance. Civil Code (1910), § 6167; *Parker-Hensel Engineering Co.* v. *Schuler*, 133 *Ga.* 696 (66 S. E. 800); *Ivey* v. *Payne*, 136 *Ga.* 519 (2) (71 S. E. 886); *Cumberland Fertilizer Co.* v. *Williams*, 146 *Ga.* 27 (90 S. E. 464). The judge therefore erred in granting an interlocutory injunction.

*Judgment reversed. All the Justices concur.*

ON MOTION FOR REHEARING.

The case of *Short* v. *Cohen*, 11 *Ga.* 39, which it is insisted by counsel for movant was overlooked in the decision of the case, was considered by the court when the original decision was rendered. The facts of that case are different from the facts of this case. The motion for rehearing is therefore denied.

No. 4835. JANUARY 15, 1926. REHEARING DENIED FEBRUARY 10, 1926.

Injunction. Before Judge Irwin. Floyd superior court. March 13, 1925.

*Willingham, Wright & Covington* and *Denny & Wright,* for plaintiffs in error.

*Maddox, Matthews & Owens* and *James Maddox,* contra.